No. 4421.—J. OCHOA & HNO., APLDO., *v.* MELÉNDEZ, APLTE. —C. D. Humacao. Dic. 1, 1927. Se desestimó el recurso en este caso porque de la moción para desestimar y certificación acompañada aparece que no se radicó en la corte inferior la exposición del caso o transcripción de evidencia dentro de la última prórroga concedida y porque tampoco se radicó la transcripción en la Secretaría del Tribunal Supremo.

No. 4099.—GOICO ET AL., APLTES., *v.* THE ROYAL BANK OF CANADA, APLDO.—C. D. Ponce. Dic. 1, 1927. Siendo éste un caso en que la sentencia dictada era enteramente nula y no meramente anulable, *se declara sin lugar la moción de reconsideración presentada por el demandado y apelado.*